# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

WAUKESHA STATE BANK,

                       Plaintiff,

v.

STIFEL, NICOLAUS & COMPANY,
INC., STIFEL FINANCIAL CORP.,
GARY SULASKI, AND
STERNE AGEE, LLC,

                       Defendants.

Case No. 17-CV-1146-JPS

**ORDER**

---

On December 29, 2017, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs assessed to either party. (Docket #15). The Court herewith adopts that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #15) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice and without costs.**

Dated at Milwaukee, Wisconsin, this 3rd day of January, 2018.

BY THE COURT:

_____

J.P. Stadtmueller
U.S. District Judge